# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22- mj-00892-EJY |
| Plaintiff, | [Proposed] Order Directing Probation to Prepare a Criminal History Report |
| v. | |
| PABLO CESAR ORTIZ-MONTES,<br>　aka "Goofy,"<br>　aka "Pablo Ortiz Montes,"<br>　aka "Pablo Cesar Ortiz Montes,"<br>　aka "Pablo C Ortiz,"<br>　aka "Pablo Cesar Ortiz,"<br>　aka "Pablo Ortiz Montez,"<br>　aka "Pablo C Ortiz Montez,"<br>　aka "Pablo Cesar Ortiz Montez," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 15 day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3