# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00892-EJY |
| Plaintiff, | [Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |
| v. | |
| PABLO CESAR ORTIZ-MONTES,<br>    aka "Goofy,"<br>    aka "Pablo Ortiz Montes,"<br>    aka "Pablo Cesar Ortiz Montes,"<br>    aka "Pablo C Ortiz,"<br>    aka "Pablo Cesar Ortiz,"<br>    aka "Pablo Ortiz Montez,"<br>    aka "Pablo C Ortiz Montez,"<br>    aka "Pablo Cesar Ortiz Montez," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on __November 28, 2022__ at the hour of __4:00 p.m.__ be vacated and continued to __February 10, 2023__ at the hour of __4:00 p.m.__ in Courtroom 3C.

DATED this __15__ day of __November__, ~~2020~~ 2022.

_____
UNITED STATES MAGISTRATE JUDGE

5